FILED IN CHAMBERS
8-6-04
Luther D. Thomas, Clerk
By: YCC
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

---------------------------------------------------------------x
                                                               :
                                                               :
                                                               :
IN RE THE GATOR CORPORATION                                    : MDL No. 1517
SOFTWARE TRADEMARK AND                                         :
COPYRIGHT LITIGATION                                           : Assigned to Judge
                                                               : J. Owen Forrester
                                                               :
---------------------------------------------------------------x

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

NOW COME TigerDirect, Inc. and The Gator Corporation n/k/a The Claria Corporation, by and through their respective undersigned attorneys, and hereby stipulate and agree that TigerDirect, Inc. v. The Gator Corporation, Civil Action File No. 1:03-CV-1273-JOF, MDL No. 1517, be and hereby is DISMISSED WITHOUT PREJUDICE pursuant to Rule 41 of the Federal Rules of Civil Procedure. The parties shall file notice of this dismissal with the transferor Courts for the actions styled TigerDirect, Inc. v. The Gator Corporation, Civil Action File No. 02-23615, filed in the United States District Court for the Southern District of Florida, and The Gator Corporation v. TigerDirect, Inc., Civil Action File No. C02-05875 (CRB), filed in the United States District Court for the Northern District of California, which were transferred to this Court pursuant to 28 U.S.C. § 1407. The parties further stipulate and agree that each of them shall bear their own costs and fees incurred in connection with these actions. This Court shall

retain jurisdiction for the purposes of enforcing the parties' settlement or any dispute arising thereunder.

Respectfully submitted, this 6th day of August, 2004.

| | |
|---|---|
| _____ | _____ |
| Jennifer G. Altman | Emmet J. Bondurant |
| Florida Bar No. 881384 | Georgia Bar No. 066900 |
| BOIES, SCHILLER & FLEXNER LLP | BONDURANT, MIXSON & ELMORE, LLP |
| 100 Southeast Second Street | 1201 West Peachtree St. N.E. |
| 2800 Bank of America Tower | 3900 One Atlantic Center |
| Miami, Florida 33131 | Atlanta, Georgia 30309 |
| Telephone: (305) 539-8400 | Telephone: 404-881-4400 |
| Facsimile: (305) 539-1307 | Facsimile: 404-881-4111 |
| | |
| Attorneys for TigerDirect, Inc. | Attorneys for The Gator Corporation |

Entered as dismissed pursuant to Rule 41(a)(1)(A)(ii), F.R.C.P.

Luther D. Thomas, Clerk
By: _____
Deputy Clerk