FILED IN CHAMBERS
8-6-04
Luther D. Thomas, Clerk
By: JCC
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE THE GATOR CORPORATION SOFTWARE TRADEMARK AND COPYRIGHT LITIGATION | MDL No. 1517 |
| | Assigned To: |
| *This Filing Applies To: Civil Action No. 03-CV-02709* | Judge J. Owen Forrester |

### ORDER OF DISMISSAL WITH PREJUDICE

Counsel for plaintiffs Wells Fargo & Company, WFC Holdings Corporation, and Quicken Loans, Inc. and counsel for Claria Corporation (f/k/a The Gator Corporation) informed the Court that the case between those parties has been compromised and settled on terms that are confidential. The parties have jointly requested and consented to the dismissal with prejudice of the Complaint in *Wells Fargo & Company, WFC Holdings Corporation and Quicken Loans, Inc. v. The Gator Corporation*, Civil Action No. 2-03-CV-72046-BAF, filed in the United States District Court for the Eastern District of Michigan, and transferred to this Court pursuant to 28 U.S.C. § 1407, on the following terms. Based on the parties' representations,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

A. The Complaint of Wells Fargo & Company, WFC Holdings Corporation and Quicken Loans, Inc. is hereby dismissed with prejudice with each party to bear their own costs;

B. The parties are hereby ordered to keep the terms of their compromise and settlement confidential, and to comply with the terms of the Settlement Agreement; and

C. The Court will retain jurisdiction solely for purposes of enforcing the terms of the Settlement Agreement.

SO ORDERED, this 6- day of August, 2004.

J. Owen Forrester
United States District Judge

114528

Entry of the within and foregoing Order is hereby jointly requested and consented to this 6th of August, 2004.

_____
Peter Jaffe
**Gibson Dunn & Crutcher**
1050 Connecticut Avenue N.W.
Washington, D.C. 20036
Telephone: (202) 887-3749
Fax: (202) 530-9511
E-mail: pjaffe@gibsondunn.com
*Attorneys for Plaintiffs*
*Wells Fargo & Company, WFC Holdings, Inc. and Quicken Loans, Inc.*

_____
Emmet J. Bondurant
Georgia Bar No. 066900
**Bondurant, Mixson & Elmore, LLP**
3900 One Atlantic Center
1201 W. Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 881-4100
Fax: (404) 881-4111
E-mail: bondurant@bmelaw.com
*Attorneys for Defendant*
*Claria Corporation f/k/a The Gator Corporation*

114528